December 31, 1976

M. P. No. 76-315. LORRAINE L. MEINHOLD *v.* RICHARD J. MEINHOLD. Motion of respondent to stay the order of the Family Court is denied for failure to comply with Rule 8 of this Court. *Moore, Virgadomo, Boyle & Lynch, Ltd., Francis J. Boyle, Robert M. Silva,* for petitioner. *Macioci and Grimm, E. Paul Grimm,* for respondent.

M. P. No. 76-411. TOWN OF TIVERTON *v.* FRATERNAL ORDER OF POLICE LODGE #23. Parties are directed to file new memoranda within twenty days of this order to show cause as to whether or not the issue presented in this case was determined in the case of *City of East Providence* v. *Local 850,* 117 R.I. 329, 366 A.2d 1151 (1976), and *East Providence* v. *East Providence Lodge, No. 1, F.O.P.,* 117 R.I. 329, 366 A.2d 1151 (1976). *Corcoran, Peckham & Hayes, Kathleen Managhan,* for petitioner, *Dolbashian, Chappell & Chace, Paul M. Chappell,* for respondent.

M. P. No. 76-419. IN RE: RONALD F. CREPEAU-CROSS. Petition for certiorari is granted and the writ shall issue forthwith, without prejudice to the right of the State to raise in brief and in oral argument the issue of the improvidence of our grant. *DeCaporale & Vetri, Alfred A. Veltri,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.